UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ) Hearing Judge: Teresa H Pearson
T Darious Xavier ) Case No. **22-31672-thp13**
) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

Attorney: STEPHEN GINDLING        Trustee Representative: Wayne Godare

**Present:** ( ) Debtor ( ) Jt. Debtor (x) Attorney        Conf. Hrg. Date/Time: 12/01/2022 9:00 AM

**Trustee Objection(s)**
_____ Resolved and recommends confirmation.
_____ Plan payments have not been received.
_____ Plan payments are not current.
  x   Other:   Trustee objection remains; needs copies of 2021 tax returns.

**Creditor Objections(s)**
_____ IRS     _____ ODR     Creditor(s):

**Plan Confirmed**
_____ Order has been lodged.
_____ Order to be lodged after hearing.

**Plan Denied**
_____ Debtor wants to file an amended plan.
_____ Other reason:
_____ # of days or by _____ file an amended plan. (1355.05)
_____ Adjourned hearing date given in court

**Other Orders**
_____ Order to file tax returns    _____ IRS    _____ ODR    _____ Other:
_____ Returns due within _____ days.
_____ Service Order.    _____ Fee reduction.    _____ Send letter.
_____ 10-day order requiring presentation of proposed confirmation order.

**Adjourned Hearing**
  x   Adjourned confirmation hearing to be held on    12/29/2022 at 1:30 p.m.
_____ Evidentiary confirmation hearing to be held on
  x   via Telephone    _____ by Video        in Courtroom #
_____ Trustee motion to dismiss continued.
  x   Noticed in court.    _____ Notice to be sent to interested parties.

**Notes: Mr. Gindling reported that his client was still working on gathering the paperwork needed to file the 2021 tax returns, and asked for a setover.**